## STATE v. RICHARDSON

No. 353PA90

Case below: 99 N.C.App. 496

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1991.

## STATE v. SHAW

No. 599P90

Case below: 100 N.C.App. 759

Petition by defendant for writ of supersedeas and temporary stay denied 20 December 1990.

## STATE v. TURNAGE

No. 441A90

Case below: 100 N.C.App. 234

Petition by the Attorney General for writ of supersedeas allowed 4 January 1991.

## STEGALL v. STEGALL

No. 561P90

Case below: 100 N.C.App. 398

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

## WATKINS v. HUNT

No. 456P90

Case below: 99 N.C.App. 776

Petition by defendant (Ernest C. Hunt, Jr.) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.